

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**MEMO ENDORSED**

---

BP ENERGY COMPANY,
    Plaintiff,

v.

GREG LINDBERG; GLOBAL HEALTH TECHNOLOGY GROUP, LLC,
    Defendants.

CASE NO.:1:21-mc-00749

CASE IN OTHER COURT: Case No. 4:19-cv-03243 (S.D. TEXAS, HOUSTON DIVISIION)

---

### NOTICE OF MOTION

Pursuant to Fed. R. Civ. P. 45(d)(2)(B)(i), Plaintiff BP ENERGY COMPANY. ("**BP**"), through its attorneys DMT & ASSOCIATES, respectfully moves for an order compelling Spielman Koenigsberg & Parker LLP ("**SKP**") to comply with the non-party subpoena BP served on SKP on April 8, 2021 (the "**Subpoena**") by producing the documents responsive to the Subpoena described below and for such other and further relief as this Court deems just, proper, and necessary under the circumstances. In support, BP's submits BP's Memorandum of Law dated September 13, 2021, and the Declaration of Nadine D. Smith.

Dated: New York, NY
September 13, 2021

SKP shall produce the subpoenaed documents on or before 10/15/2021

**SO ORDERED**

*[signature]*
LEWIS A. KAPLAN, USDJ
10/5/21

DMT & ASSOCIATES PLLC

/s/
Nadine D. Smith
21 West End Ave. Ste. 2610
New York, NY 10023
(646) 989-8104
Attorneys for ~~Defendant~~ BP Energy Company ~~Plaintiff~~ (NDS)

{00015-00179: 00013736 v. 3 }