UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BP ENERGY COMPANY,

                Plaintiff,

      -against-                                  21-mc-749 (LAK)

GREG LINDBERG, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Plaintiff shall file any papers in opposition to defendants' motion for a protective order [Dkt. 21] on or before October 19, 2021. The order of October 5, 2021 [Dkt. 18] is modified by changing the date "10/15/2021" to "10/25/2021."

        SO ORDERED.

Dated:       October 15, 2021

                                          /s/ Lewis A. Kaplan   /PCM
                                              Lewis A. Kaplan
                                         United States District Judge